```
 1
 2
 3
 4
 5
 6
 7
 8                    UNITED STATES DISTRICT COURT
 9                   CENTRAL DISTRICT OF CALIFORNIA
10
11  TRACY COLLIER,              )   NO.  EDCV 11-1318-CBM(E)
                                )
12              Petitioner,     )
                                )       JUDGMENT
13       v.                     )
                                )
14  T. BUSBY,                   )
                                )
15              Respondent.     )
    _____)
16
17
18       Pursuant to the "Order Dismissing Petition Without Prejudice,"
19
20       IT IS ADJUDGED that the Petition is dismissed without prejudice.
21
22            DATED:  October 4, 2011
23
24
                                         _____
25                                           CONSUELO B. MARSHALL
26                                        UNITED STATES DISTRICT JUDGE
27
28
```